# IN THE SUPREME COURT OF THE STATE OF NEVADA

ANTONIO MARTINEZ,
               Appellant,

vs.

THE STATE OF NEVADA,
               Respondent.

No. 80785

**FILED**

APR 0 1 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a judgment of conviction, an amended judgment of conviction, and an order revoking probation and second amended judgment of conviction. Eighth Judicial District Court, Clark County; Tierra Danielle Jones, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, the notice of appeal appears to be untimely. The judgment of conviction was entered on July 27, 2017, the amended judgment of conviction on May 28, 2019, and the order revoking probation and second amended judgment of conviction on October 1, 2019. However, the notice of appeal was not filed until March 9, 2020, well after the expiration of the 30-day appeal period prescribed by NRAP 4(b). "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Stiglich

_____, J.
Silver

20-12479

cc:   Hon. Tierra Danielle Jones, District Judge
Antonio Martinez
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk